**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROBERT ROMERO,

Plaintiff,

No: 1:24-cv-00006-GJF-SCY

vs.

TRADER JOE'S COMPANY and
PARKER STALEY,

Defendants.

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Robert Romero and Defendants Trader Joe's Company and Parker Staley, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby respectfully submit this Joint Stipulated Notice of Dismissal With Prejudice. As grounds therefor, the Parties state that all matters between them have been resolved. As such, the parties hereby provide notice pursuant to Fed. R. Civ. P. 41(a)(1) that this case is dismissed WITH PREJUDICE, with each Party to bear its own attorneys' fees and costs of suit. This Notice is signed by counsel for all parties that have appeared in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 12th day of November, 2024.

Respectfully submitted,

LITTLER MENDELSON, P.C.

Jay J. Athey
JAthey@littler.com
201 Third Street NW, Suite 1950
Albuquerque, NM 87102
505.944.9693 (telephone)
505.213.0415 (facsimile)

R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

*Attorneys for Defendants*

Approved By:

*/s/ Richard Rosenstock (with permission)*
Richard Rosenstock
richard.rosenstock@gmail.com
Daniel Yohalem
daniel.yohalem@gmail.com
1121 Paseo de Peralta
Santa Fe, New Mexico 87501

*Attorneys for Plaintiff*

I hereby certify that, on November 12, 2024, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Richard Rosenstock
richard.rosenstock@gmail.com
Daniel Yohalem
daniel.yohalem@gmail.com
1121 Paseo de Peralta
Santa Fe, New Mexico 87501

*Attorneys for Plaintiff*

Jay J. Athey